UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PORT ROYAL CONDO OWNERS ASSOCIATION, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:19-cv-00153 |
| vs. | § § | |
| WESTON INSURANCE COMPANY AND RACHEL FEAR, | § § § | |
| Defendants. | § § | |

### DEFENDANT WESTON INSURANCE COMPANY'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Weston Insurance Company ("Weston") hereby removes the action styled and numbered 19-0111-CV-A, currently pending in the 36th Judicial District Court, Aransas County, Texas to the United States District Court for the Southern District of Texas, Corpus Christi Division. For the reasons set forth below, removal of the state court action is proper under 28 U.S.C. §§ 1332, 1441, and 1446.

## I.
## INTRODUCTION

1. Plaintiff Port Royal Condo Owners Association ("Plaintiff") commenced this lawsuit on April 9, 2019, by filing Plaintiff's Original Petition ("Original Petition") in the 36th Judicial District Court of Aransas County, Texas.

2. Plaintiff's Original Petition names Weston Insurance Company ("Weston") and Rachel Fear ("Fear") as Defendants.

3. This notice of removal is being filed within 30 days of the date on when Weston

received a copy of this petition through service or otherwise.[1] Therefore, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

4. Because Fear has not been properly served, her consent is not necessary for this removal. However, to the extent necessary, Fear consents to the removal of this action. Accordingly, the requirement that all defendants consent to removal is satisfied.

## II.
## BASIS FOR REMOVAL

5. Venue is proper in this District under 28 U.S.C. § 1441(a) because the state court where the action is pending is located in this District.

6. Removal is proper under 28 U.S.C. § 1332(a) if there is complete diversity between the parties and the amount in controversy exceeds $75,000, exclusive of interest, costs and attorneys' fees. These two conditions are satisfied in this matter.

**A.  Removal is Proper Because Complete Diversity of Citizenship Exists Between Plaintiff and Defendants.**

7. Plaintiff was, at the time this lawsuit was filed, and at the date of this Notice remains, is a Texas Corporation and is a citizen of Texas for purposes of diversity of citizenship.[2]

8. Weston was, at the time this lawsuit was filed, and at the date of this Notice remains, a foreign corporation organized under the laws of the State of Florida, with its principal place of business in Florida. Thus, Weston is a citizen of Florida.

---

[1]  Weston has not yet been served and there is no return of service on file with the state court. Weston learned of the filing of the lawsuit on May 22, 2019, and obtained a copy of the Petition from the state court's website on Mary 23, 2019. There is a Return of Service on file with the state court with regard to Rachel Fear, but that service is defective, as the address listed for Ms. Fear is incorrect. As evidenced by the lack of her signature on the return receipt, she has not been properly served.

[2]  *See* Plaintiff's Original Petition, attached as Exhibit B at, p. 1, ¶ I.

9. Fear is an individual domiciled in the state of Florida and is citizen of Florida for purposes of diversity of citizenship.

10. Because Plaintiff is a citizen of Texas and Defendants are residents of Florida, complete diversity exists between Plaintiff and Defendants (now and on the date Plaintiff filed this lawsuit).

**B. Removal is Proper Because Plaintiff's Claimed Damages Exceed This Court's Jurisdictional Threshold of $75,000.**

11. Here, Plaintiff's Original Petition states that the unpaid cost to repair the property is $1,485,216.23.[3] It is thus facially apparent that Plaintiff's claims, exclusive of interest, costs, and attorneys' fees, exceed this Court's jurisdictional threshold of $75,000.[4]

## III.
## COMPLIANCE WITH 28 U.S.C. §1446

12. In accordance with 28 U.S.C. § 1446(a) and Local Rule 81.1, Weston files this Notice of Removal accompanied by the following exhibits:

- All executed process[5] in this case, attached as Exhibit A;
- Plaintiff's Original Petition, attached as Exhibit B;
- State Court Docket Sheet, attached as Exhibit C;
- An index of matters being filed, attached as Exhibit D; and
- List of all counsel of record, attached as Exhibit E

## IV.
## JURY DEMAND

13. Plaintiff demanded a jury trial in the state court action.

---

[3] *See* Plaintiff's Original Petition, Exhibit B at p. 10, ¶ XII.

[4] *Allen v. R&H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1999).

[5] As mentioned earlier, citation has been issued for Rachel Fear, but the return of service on file is defective.

## V.
## CONCLUSION

14. Because there is complete diversity between the parties, and the amount in controversy exceeds $75,000, removal of this action is proper under 28 U.S.C. § 1332(a).

15. Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice will be given to all adverse parties promptly after the filing of this Notice, and Weston will promptly file a copy of this Notice with the clerk of the state court where the action is pending.

WHEREFORE, Defendant Weston Insurance Company hereby provides notice that that this action is duly removed from the 36th Judicial District Court, Aransas County, Texas to the United States District Court for the Southern District of Texas, Corpus Christi Division and requests that this Court enter such further orders as may be necessary and appropriate.

Respectfully submitted,

By: */s/ Kristin C. Cummings*
Kristin C. Cummings – Attorney-in-Charge
Texas Bar No. 24049828
Southern District Bar No. 719639
kcummings@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

**OF COUNSEL:**

Raven M. Atchison
Texas Bar No. 24073864
Southern District Bar No. 3028689
ratchison@zelle.com
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:     (214) 742-3000
Facsimile:     (214) 760-8994

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing has been served this 3rd day of June, 2019, in accordance with the Federal Rules of Civil Procedure, by electronic filing as follows:

    Robert W. Loree
    State Bar No. 12579200
    rob@lhllawfirm.com
    Stephen Fields
    State Bar No. 24096598
    stephen@lhllawfirm.com
    LOREE & LIPSCOMB
    777 E. Sonterra Blvd., Suite 320
    San Antonio, Texas 78258
    Telephone:     210-404-1320
    Facsimile:     210-404-1310

    **ATTORNEYS FOR PLAINTIFF**

                        */s/ Kristin C. Cummings*
                        Kristin C. Cummings